DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**USBERT SULFRANC,**
Appellant,

v.

**ROSE B. SULFRANC,**
Appellee.

No. 4D2025-1123

[January 22, 2026]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Natasha DePrimo, Judge; L.T. Case No. PRC21-000056.

Usbert Sulfranc, North Miami Beach, pro se.

Ralph S. Francois, Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and SHAW, JJ., concur.

\*       \*       \*

***Not final until disposition of timely-filed motion for rehearing.***